IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>PYLE TRANSPORTATION, INC.,<br><br>Debtor. | CHAPTER 11<br><br>BANKRUPTCY NO. 24-00578<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY** |

Continental Bank ("Continental") respectfully states:

1. On June 20, 2024, the Debtor ("Debtor") commenced a voluntary case under Chapter 11 of the United States Bankruptcy Code.

2. On or about March 27, 2024, the Debtor made, executed and delivered to Continental an Equipment Finance Agreement, in writing the original principal sum of $59,119.93 (the "Contract"). Continental is the owner and holder of the Contract. A copy of the Contract is attached hereto as Exhibit "A" and made a part hereof.

3. The Contract provides in relevant part that the indebtedness evidenced by the Contract is secured by a first security interest in a 2019 Kenworth Model W900 (the "Collateral").

4. The security interest is perfected. A copy of the Certificate of Title showing notation of the security interest is attached hereto as Exhibit "B" and made a part hereof.

5. The Debtor is in default under the terms of the Contract.

6. As of June 20, 2024, the balance due and owing on the Contract was $59,249.73. Interest accrues from and after June 20, 2024, in the amount of $15.16 per day. The Contract further provides for the payment of Continental's legal fees and expenses incurred in the enforcement of the Contract.

7. Upon information and belief, Continental believes that value of the Collateral is $65,571.00.

8. The Debtor is past due on two (2) monthly payments under the Contract due June 3, 2024, and July 3, 2024, each in the amount of $1,897.95 for a total of $3,985.70.

9. The Collateral is depreciating in value.

10. The Debtor has not provided adequate protection to Continental. The Debtor's obligations under the Contract are guaranteed by the written personal Guaranty of Justin Allen Pyle and Continental reserves all rights against Justin Allen Pyle.

11. Continental Bank hereby gives notice pursuant to the Local Rule 4001-1(b)(5) as follows:

> NOTICE IS HEREBY GIVEN that any party opposing this Motion must time file and serve an Answer at least seven (7) days prior to the date set for the preliminary hearing on this Motion.

WHEREFORE, Continental respectfully requests that the Court, on such notice and hearing as it may direct, enter an order lifting and modifying the automatic stay so as to allow Continental to exercise any and all remedies that it may have with respect to the property described in the Contract.

Continental further prays for such further relief as the Court deems just and proper in the premises.

RAWLINGS, ELLWANGER,
MOHRHAUSER, NELSON & ROE, L.L.P.

By: ______________________________
Jeffrey R. Mohrhauser
522 Fourth St., Suite 300
Sioux City, IA 51101
(712) 277-2373 (Telephone)
(712) 277-3304 (Facsimile)
Email: jmohrhauser@rawlings-law.com

ATTORNEYS FOR CONTINENTAL BANK

Certificate of Service

I hereby certify that a copy of the document on which this appears, and all enclosures were mailed the date indicated below, to all creditors and parties in interest herein as required by the Bankruptcy Code and Rules, by the office of Jeffrey R. Mohrhauser, per the attached list.

DATED: July 22, 2024

Jeffrey R. Mohrhauser

Label Matrix for local noticing
0862-5
Case 24-00578
Northern District of Iowa
Sioux City
Mon Jul 22 11:06:02 CDT 2024

Affordable Towing
600 Summit Ave.
Mankato, MN 56001-2710

Kevin D. Ahrenholz
620 Lafayette Street
PO Box 178
Waterloo, IA 50704-0178

CA Air Resource Board
4001 Iowa Ave.
Riverside, CA 92507-4547

CA Dept of Transportation
1801 30th Street
Sacramento, CA 95816-7006

CH Brown
20 W Frontage Rd
Wheatland, WY 82201-8908

Continental Bank
15 W. South Temple, Suite 300
Salt Lake City, UT 84101-1542

Continental Bank
15 W S Temple St #300
Salt Lake City, UT 84101-1542

Continental Bank
15 W S Temple Street
Suite 300
Salt Lake City, UT 84101-1542

Continental Bank
c/o Jeffrey R. Mohrhauser
522 4th Street, Suite 300
Sioux City, IA 51101-1624

Crossroads Equiipment Lease/Finance
9385 Haven Ave
Rancho Cucamonga, CA 91730-5338

Claire Davison
DOJ-Ust
210 Walnut Street
Room 793
Des Moines, IA 50309-2106

ERTC
200 Westpark Drive
Suite 315
Peachtree City, GA 30269-3574

Entegra Capital
8900 Indian Creek Parkway, Suite 400
Overland Park, KS 66210-1541

Michael Eversden
McGrath North
1601 Dodge Street
Suite 3700
Omaha, NE 68102-1627

Financial Pacific
3455 S 344th Way Ste 300
Federal Way, WA 98001-9546

First Interstate Bank
PO Box 7087
Billings, MT 59103-7087

First National Bank
400 Bent Creek Blvd
Mechanicsburg, PA 17050-1873

First Premier Bank
500 S Minnesota Ave
Sioux Falls, SD 57104-6818

First Security State Bank
3229 Greenhill Circle
Cedar Falls, IA 50613-6128

First Security State Bank
3229 Greenhill Cir
Cedar Falls, IA 50613-6128

First Security State Bank
c/o Kevin D. Ahrenholz
620 Lafayette Street
PO Box 178
Waterloo, IA 50704-0178

Florida Highway Patrol
150 Stumpield Road
Pensacola, FL 32503-7494

Douglas Dean Flugum
Bugeye Ventures, Inc.
PO BOX 308
CEDAR RAPIDS
Cedar Rapids, IA 52406-0308

Lauren Goodman
McGrath North
1601 Dodge Street
Suite 3700
Omaha, NE 68102-1627

Brandon James Gray
DOJ-USAO
111 7th Avenue SE
Cedar Rapids, IA 52401-2101

(p)GREENSTATE CREDIT UNION
ATTN LEGAL
PO BOX 800
NORTH LIBERTY IA 52317-0800

Heartland Tire
1905 Hwy Blvd.
Spencer, IA 51301-2213

Heritage Bank
310 1st Street South
Willmar, MN 56201-3304

Heritage Bank N.A.
c/o Benjamin W. Hopkins
1350 NW 138th Street, Suite 100
Clive, IA 50325-8300

Heritage Bank, N.A.
PO Box 77404
Ewing, NJ 08628-6404

Benjamin W. Hopkins
1350 N.W. 138th Street
Suite 100
Clive, IA 50325-8300

IPFS Corp.
PO Box 412086
Kansas City, MO 64141-2086

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Interstate Power
425 French CT SW
Cedar Rapids, IA 52404-8028

Iowa Department of Revenue
Office of the Attorney General of Iowa
Attn: Bankruptcy Unit
1305 E. Walnut
Des Moines, IA 50319-0109

Iowa Department of Revenue
Office of the Attorney General of Iowa
Attn: Bankruptcy Unit
1305 E Walnut Street
Des Moines, IA 50319-0109

(p)IOWA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY UNIT
PO BOX 10471
DES MOINES IA 50306-0471

Iowa Trust & Savings Bank
500 W Main St
PO Box 396
Sac City, IA 50583-0396

Iowa Trust & Savings Bank
c/o Bradley R. Kruse
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004

Iowa Trust & Savings Bank
c/o Mollie Pawlosky
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004

Iowa Trust 7 Savings Bank
Attn: Mollie Pawlosky
801 Grand Avenue Suite 3700
Des Moines, IA 50309-8004

Iowa Trust/Citizens Bank
500 W Main Street
Sac City, IA 50583-1727

Iron J. Towing
PO Box 1934
Rawlins, WY 82301-1934

Kansas Corp Commission
1500 SW Arrowhead Road
Topeka, KS 66604-4029

Kansas Turnpike Authority
PO Box 802746
Kansas City, MO 64180-2746

Bradley R. Kruse
Dickinson, Bradshaw, Fowler & Hagen PC
801 Grand Avenue
Suite 3700
Des Moines, IA 50309-8004

Liberty Mutual Insurance
P.O. Box 70400
Salt Lake City, UT 84170

M&L Transport
2850 105th Street E
Inver Grove Heights, MN 55077-5330

MHC Financial Services
4501 College Blvd Suite 160
Leawood, KS 66211-2337

MidAmerican Energy Company
PO Box 4350 Credit
Davenport IA 52808-4350

Mitsubishi HS Capital America
1 Pierce Pl #1100
Itasca, IL 60143-3149

Jeffrey R. Mohrhauser
Rawlings Law Firm
522 4th Street, Suite 300
Sioux City, IA 51101-1624

Motive Technologies
3500 South Dupont Highway
Dover, DE 19901-6041

NARS
PO Box 166002
Altamonte Springs, FL 32716-6002

New Mexico Taxation and Revenue Dept.
P.O. Box 5188
Santa Fe, NM 87502-5188

James J. Niemeier
McGrath North
First National Tower, Suite 3700
1601 Dodge St.
Omaha, NE 68102-1637

North Carolina Hwy Patrol
512 N. Salisbury Street
Raleigh, NC 27604-1170

North Mill Equipment Finance
601 Merritt 7
Norwalk, CT 06851-1174

OTA Plate Pay
PO Box 248935
Oklahoma City, OK 73124-8935

Outsource Financial Services, Inc.
10885 E 51st Ave
Denver, CO 80239-2507

Outsource Financial Services, Inc.
3626 S Jersey St
Denver, CO 80237-1136

Mollie M. Pawlosky
Dickinson, Bradshaw, Fowler & Hagen, P.C
801 Grand Avenue
Suite 3700
Suite 3700
Des Moines, IA 50309-8004

Pawnee Leasing Corp/Tandem
3801 Automation Way, Suite 207
Fort Collins, CO 80525-5735

(p)PILOT TRAVEL CENTERS LLC
LATISHA STUBBLEFIELD
5508 LONAS DRIVE
KNOXVILLE TN 37909-3221

Prepass
2500 S. 3850 West Suite C
Salt Lake City, UT 84120-5586

Prepass
2500 S. 3850 West Suite C
West Valley, UT 84120-5586

Progressive
P.O. Box 94739
Cleveland, OH 44101-4739

Pyle Transportation, Inc.
104 E. 1st Street
Schaller, IA 51053

Pyle Transportation, Inc., Brian Michael Pyl
Justin Allen Pyle
c/o James J. Niemeier
1601 Dodge Street, Suite 3700
Omaha, NE 68102-1627

Pyle Transportation, Inc., Brian Michael Pyl
Justin Allen Pyle
c/o Michael T. Eversden
1601 Dodge Street, Suite 3700
Omaha, NE 68102-1627

Rice McGowan
3863 Postal Drive
Suite 210
Duluth, GA 30096-3215

Rose City Transportation
201 NE Second Ave.
Ste. 201
Portland, OR 97232-3289

Samsara
1170 Peachtree Street
9th Floor
Atlanta, GA 30309-7649

Small Business Administration
District Counsel
11145 Mill Valley Road
Omaha, NE 68154

Storm Lake Truck & Trailer
1223 IA-7
Storm Lake, IA 50588

Triangle Equipment Finance
41 Watchung Plaza
Montclair, NJ 07042-4117

U.S. Small Business Adminstration
10675 Bedford Ave. Ste. 100
Omaha, NE 68134-3605

US Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2103

US Small Business Administration
2190 Walnut Street, Suite 749
Des Moines, IA 50309

Uber Freight Cargo Claims
PO Box 1906
Stuttgart, AR 72160-1906

United States Auto Association
9800 Fredericksburg Road
San Antonio, TX 78288-0001

United States Trustee
United States Federal Courthouse
111 7th Avenue SE, Box 17
Cedar Rapids, IA 52401-2103

United States of America (SBA)
United States Attorney's Office
111 7th Avenue SE
Box 1
Cedar Rapids, IA 52401-2101

United States of America (SBA)
c/o Brandon J. Gray
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2103

Utah Dept. of Transportation
4501 South 2700 West
Salt Lake City, UT 84129-5998

Verizon Wireless
1095 Avenue of the Americas
New York, NY 10036-6704

Virginia Commonwealth
1401 E. Broad Street
Richmond, VA 23219-2052

WellMark
1331 Grand Island
Des Moines, IA 50309-2565

John Whiteman
Iowa Attorney General Office
1305 East Walnut Stree
Des Moines, IA 50319-0109

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

GreenState Credit Union
500 Iowa Ave
Iowa City, IA 52240

Iowa Department of Revenue
c/o John T.M. Whiteman
Hoover State Office Building
Des Moines, IA 50319

Pilot
5508 Lonas Drive
Knoxville, TN 37939

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u), IA

(u)Donald Tasy

(u)Iowa Trust & Savings Bank

(d)Iowa Trust/Citizens Bank
500 W. Main Street
Sac City, IA 50583-1727

(u)Larry Donley

(d)MidAmerican Energy Company
PO Box 4350 Credit
Davenport IA 52808-4350

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 89 |
| Bypassed recipients | 6 |
| Total | 95 |