# Exhibit "B"

# Certificate of Title to a Vehicle

STATE OF IOWA

502625

# CERTIFICATE OF TITLE TO A VEHICLE

**Regular**

Designation

Title No. **81AA76310** Issuing County **Sac** Issue Date **06/07/2023**

VIN **1XKWD49X8KJ253221** Managing County **Sac** Type **Tractor/Truck Tractor**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year | **2019** | Make | **Kenworth** | Model | **Construction W900** | Style | **TR** |
| Cyl. | **6** | Fuel | **Diesel** | Weight | **18,700** | GVWR | **53200** |
| Color | **White** | | | LP. | | Sq. Ft. | |
| Odometer | | | | | | Cumulative Damage | |

Owner(s)

**Pyle Transportation Inc**
**104 E 1ST ST**
**SCHALLER IA 510537700**

| | Fee | Penalty |
|---|---|---|
| Title Fees | **$0.00** | **$0.00** |
| SI Fees | **$10.00** | |
| Other Fees | **$0.00** | |
| Totals | **$10.00** | **$0.00** |

Prev. Title No./ST **81AA63463 / IA**

Prev. Owner

**MHC Kenworth Oklahoma City**
**7200 W I 40 Service Rd**
**Oklahoma City OK 73128**

**1ST Security Interest**

*If there are NO Security Interests "X" here:* ☐

Date: **07/01/2020** No: **81L07167334**

Held By: **Continental Bank**

Address: **15 W South Temple Ste 300 Salt Lake City UT 84101**

**Cancellation of 1ST Security Interest**

Date________ No________ Date________

Holder________ CO Treas________

By________ By________

**2ND Security Interest**

Date: **06/07/2023** No: **81L08221809**

Held By: **Citizens Bank**

Address: **PO Box 396 Sac City IA 50583**

**Cancellation of 2ND Security Interest**

Date________ No________ Date________

Holder________ CO Treas________

By________ By________

**3RD Security Interest**

Date: No:

Held By:

Address:

**Cancellation of 3RD Security Interest**

Date________ No________ Date________

Holder________ CO Treas________

By________ By________

Witness My Hand

Tina Roth
County Treasurer

By: [signature] Deputy

mbab

B023973296

THIS TITLE CONTAINS AN EAGLE WATERMARK WHICH IS VISIBLE WHEN HELD TO LIGHT